E-FILED
NOV 16 2020
Document #
wk#44
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 5:17-CV-01159-PSG(KKx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(2) |
| v. | |
| $378,143.00 IN U.S. CURRENCY, | |
| Defendant. | |
| WASFI ADEL ABBASSI, | |
| Claimant. | |

Pursuant to the stipulation of Plaintiff United States of America and Claimant Wasfi Adel Abbassi ("Claimant"), and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. This action is dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

2. Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Bureau of Alcohol, Tobacco, Firearms and

Explosives and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which Claimant hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

3. The Court finds that there was reasonable cause for the institution of these proceedings, and this Order shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

4. Each of the parties hereto shall bear their own attorney fees and costs.

Dated: 11/16/2020

THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented By:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA